

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00392-CV

Joyce Ann **SARRO**,
Appellant

v.

Michael A. **SARRO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-03821
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant Joyce Ann Sarro's brief was filed on November 20, 2015. On November 23, 2015, Appellant filed a motion to file an amended brief, and the amended brief. *See* TEX. R. APP. P. 38.7; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4.

Appellant's amended brief includes documents in its appendix that Appellant concedes are not in the appellate record. *See In re K.M.*, 401 S.W.3d 864, 866 (Tex. App.—Houston [14th Dist.] 2013, no pet.) ("With limited exceptions not relevant to this appeal, an appellate court may not consider matters outside of the appellate record."). Appellant states she has directed the Bexar County District Clerk to prepare and file a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(c).

Appellant's motion is GRANTED; Appellant's amended brief is deemed timely filed. *See id.* R. 38.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court